COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ELIZABETH MUNOZ,<br>Appellant, | § | No. 08-19-00072-CR |
| | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS,<br>Appellee. | § | of El Paso County, Texas |
| | § | (TC#20140D02421) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 171st District Court of El Paso County, Texas, to prepare a supplemental reporter's record with State's Exhibit 259 (Video Recording of Appellant's non-custodial statement), **including all video and audio components of the exhibit as admitted in evidence at trial**. The supplemental reporter's record is due in this Court on or before September 21, 2020.

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.